## DONASSIANO BARRERA v. THE STATE.

### No. 8278. Decided October 24, 1924.

#### No motion for rehearing filed.

1.—Manufacture of Intoxicating Liquor—Filing of Statement of Facts and Bills of Exception.

A bill of exceptions and statement of facts filed after the original time allowed by the court, no order of extension having been made within the original time, will not be considered.

Appeal from the District Court of Travis County. Tried below before the Hon. James R. Hamilton, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year in the State penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the manufacture of intoxicating liquor with punishment assessed at one year in the penitentiary.

The evidence unquestionably supports the verdict and we find it unnecessary to set it out there.

The motion for new trial was overruled on July 7th, and eighty days from that date given in which to file statement of facts and bills of exception. The eighty days expired on the 25th day of September. On October 3d application was made and granted, allowing fifteen days additional time in which to file bills of exception and statement of facts. Three bills appear in the record, all bearing file mark of date October 3d. None of them can be considered. A bill of exception filed after the original time allowed by the court, no order of extension having been made within the original time allowed, is filed too late. Palmer v. State, 92 Tex. Crim. Rep., 640, 245, S. W., 238; Griffin v. State, 59 Tex. Crim. Rep., 424; Fuston v. State, 94 Texas Crim. Rep., 467, 251 S. W., 1076.

We had examined the bills of exception before observing that the State's brief called attention to the fact that they had been filed too late, and even if they could be considered we are of opinion no error is presented in any of them.

The judgment is affirmed.

*Affirmed.*